IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ROBERT DODSON,                        )
                                      )   2:10-cv-00946-GEB-DAD
              Plaintiff,              )
                                      )
         v.                           )   ORDER CONTINUING STATUS
                                      )   (PRETRIAL SCHEDULING)
KEITH W. SIPPOLA, CO-TRUSTEE          )   CONFERENCE
of the "KEITH W. SIPPOLA              )
SEPARATE PROPERTY REVOCABLE           )
TRUST" DATED APRIL 7, 1994, as        )
AMENDED and RESTATED on               )
SEPTEMBER 30, 1998; THEODORE C.       )
MICHELL, CO-TRUSTEE of the            )
"KEITH W. SIPPOLA SEPARATE            )
PROPERTY REVOCABLE TRUST" DATED       )
APRIL 7, 1994, as AMENDED and         )
RESTATED on SEPTEMBER 30,             )
1998,                                 )
                                      )
              Defendants.             )
_____      )
```

Plaintiff's Status Report filed July 27, 2010 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for August 9, 2010 is continued to October 4, 2010 at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

If a defendant has not filed a responsive pleading by the time the joint status report is due, Plaintiff shall explain in the status report how this action is being prosecuted against that defendant, and if it is not being prosecuted, why the action against that defendant should not be dismissed because of Plaintiff's failure of prosecution.

1

Therefore, if this action is not prosecuted against a defendant by the time the joint status report is due, and Plaintiff does not provide a sufficient reason for the failure, the action against that defendant may be dismissed.

IT IS SO ORDERED.

Dated: July 30, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge