IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,                          )
                                        )    2:10-cv-00946-GEB-DAD
                Plaintiff,              )
                                        )
        v.                              )    ORDER OF DISMISSAL
                                        )
KEITH W. SIPPOLA, COTRUSTEE             )
of the "KEITH W.                        )
SIPPOLA SEPARATE PROPERTY               )
REVOCABLE TRUST" DATED                  )
APRIL 7, 1994, as AMENDED and           )
RESTATED on SEPTEMBER 30,               )
1998; THEODORE C. MICHELL,              )
CO-TRUSTEE of the "KEITH W.             )
SIPPOLA SEPARATE PROPERTY               )
REVOCABLE TRUST" DATED                  )
APRIL 7, 1994, as AMENDED and           )
RESTATED on SEPTEMBER 30,               )
1998,                                   )
                                        )
                Defendants.             )
_____ )

An order issued on July 30, 2010, requiring Plaintiff to explain in a status report how this action is being prosecuted as to any defendant who had not appeared by the date the joint status report was due, and if it is not being prosecuted, why the action should not be dismissed for failure to prosecute. (ECF No. 8, 1:24-28.) The July 30, 2010 Order further warned Plaintiff that "if this action is not prosecuted against a defendant by the time the joint status report is due, and Plaintiff does not provide a sufficient reason for the failure, the action against that defendant may be dismissed." Id. at 2:1-4.

The joint status report was due on or before September 20, 2010. No defendant has filed a responsive pleading in this action, and Plaintiff has not filed any document in response to the July 30, 2010 Order. Therefore this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  September 27, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge